IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANASTASIA KINSEY, | HONORABLE JEROME B. SIMANDLE |
| Plaintiff, | CIVIL NO. 06-1428 |
| v. | |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | **ORDER** |
| Defendant. | |

This matter having come before this Court upon Plaintiff Anastasia Kinsey's application to review the final decision of the Commissioner of the Social Security Administration denying Plaintiff's application for Supplemental Security Income under Title XVI of the Social Security Act; and this Court having considered the entire record and all submissions on behalf of the parties; and for the reasons stated in the Opinion of today's date;

**IT IS** on this **14th** day of **June, 2007,** hereby

**ORDERED** that the final decision of the Commissioner shall be, and hereby is, **REVERSED**; and

**IT IS FURTHER ORDERED** that the case is **REMANDED** to the Commissioner for the payment of benefits.

 **s/ Jerome B. Simandle**
JEROME B. SIMANDLE
United States District Judge